# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

DaviO M Rodriguez ,

Inmate ID Number: # C11435 ,

*(Write your full name and inmate ID
number.)*

**Case No.:** _____
*(To be filled in by the Clerk's Office)*

v.

American civil liberty union,

OFFicer Babecock ,

OFFicer bAgley ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

**Jury Trial Requested?**
☑YES ☐ NO

Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
admin/Official Forms

1

5.) Renee Baker
6.) col Barrow's
7.) Stewart Bell
8.) Bill bradley
9.) Pamela Bundy
10.) A. Cockran
11.) James Dzrenda
12.) ADAM Endel
13.) col Fanning
14.) sgt. Feliciano
15.) sgt. Fernandez
16.) cpt. Frost
17.) col Garlowbo
18.) col Gounsen
19.) Kathy Hardcastle
20.) Human rights watch
21.) A. john
22.) Brain Johnson
23.) Just Detention International
24.) Lambda Legal
25.) Legal Aid Center
26.) Lewisburg Prison Project
27.) Jessie lie
28.) D. Lipson

29.) col martin investigator
30.) mattox Law Firm
31.) mitch mc connell
32.) S. millikenn
33.) col morey
34.) warden morgan A.W.p.
35.) sgt. oscarson
36.) Harry Reid
37.) Daren Richard's
38.) cpt. scarpati
39.) David slaton, Florida State bar
40.) col swain
41.) Frank Toddre II
42.) Southern Center for Human Rights
43.) varn volunteer Attorney's
44.) col william's
45.) E.E. yerkes

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Dario Rodriguez    ID Number: # C11435

List all other names by which you have been known: mario, David, Darrius

Current Institution: hamilton C.I.

Address: 10650 S.W. 46th Street  Jasper, Fl. 32052

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for **each and every** Defendant:

1. Defendant's Name: Kathy Serrano, John Doe

Official Position: Operations Director

Employed at: American civil liberty's union

Mailing Address: 915 15th Street N.W. 7th Floor washington, D.C. 20065

☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: OFFicer Babecock

   Official Position: R.R.T. RapiD Response Team

   Employed at: 1150 S.W. Allapattah Rd.

   Mailing Address: IndianTown, Fl. 34956-4397

   ☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: Mrs. Bagley

   Official Position: Head of Classification

   Employed at: martin Correction Center

   Mailing Address: 1150 S.W. Allapattah Rd. Indiantown,
   Fl. 34956-4397

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other (*explain below*):

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach

irrelevant or unnecessary exhibits. Facts not related to this same incident or

issue must be addressed in a separate civil rights complaint.

THE FloRida Dept. of Correction's is in violation of my Federal Constitutional Right's in Several way's. By the First Amendment Law, Congress and Legislature Contend's Congressmen Bill bradley, mitch mc Connell, Annetta hill. State's Shall Pass No Law's respecting a Establishment of Religion. Nor Prohibiting the Free Exercise thereof.

THE 4th Amendment Gaurantees the right to be Secure in your Property, Person's, or house and paper's. To the Effect Shall not be violated. under unreasonable Search, and Seizure.

THE 5th Amendment's states No inmate Shall be Subject to the Same offense twice, placed in Jeopardy of life, or limb, being Compelled in Any criminal CASE. Pose as a witness against himself be Deprived of life. Liberty or property. without One process of LAW. No private

**Statement of Facts Continued** (*Page____of_____*)

property token for public use without just compensation.

1.) As Far back as 8-22-18, my Court Access is being Seriously blocked, hindered. By way of Emergency Court process, And Constitutional procedure's on-going. Congressmen Bill bradley, mitch mc Connell, mike Huckabee, or Ronald Desantis. Avoid my Federal Secured Right's to General Application of the law. And Emergency LAW Library Research need's and Due process of law. This violation nearly Cost me my life, on Several accountes. The plaintiff has laid out in black and white, in a Frivolous, malicious, harous, contempted, Deadly chain Re-Action. To Extraordinary and Extreme Fo-

rm of Neglect, pressuring, and witness tampering contemp of court.

2.) Congressmen and the Governors office Rick Scott, the Directors of prison James Dzrench, A. johns, S. millikenn, and J. Adams. Are liable for creating A Dangerous "Red Flag" or Intensional "black listing" mafia named blacklist, Deadly Hit list? To intentionally, play out, mastermind a cronological catagory of Events. To use, undermind and sterio type "use" as A Stool piggin, ginnie pig or jailhouse snitch. A Deadly Game of CAT & mouse with Deadly Latin King's, Insain clown possee, M13, DONNA crip, Folk town Nation or Florida blood's street gangs.

3.) by passing the laws, and leaving open as "a sitting Duck" or "stool piggin" known deadly venue to court processes and court proceedures. Congress and the Governors office Ron Desantis, Rick scott are liable and sat around and ignored, Intentional pleas and Emergency calls for help. To the judge, court system and F.B.I. Federal bureau of Investagations affixed Appendize, AA, BB , C, D, M, F , M , I , for court Documented records attached. Several motion's, letter's, and court exibits Filed, dated and ignored Emergency proceedures.

4.) Congress passed Article III sec.1) The judicial power of the u.s. shall be vested in one Supreme court and in such inferior court. As congress may ordain or Establish.

pg. 8

A Compensation in which shall not Diminish
during their Continued Service in office.
5.) Their judicial power shall Extend to all cases
in Law & Equity, arising under the united sta-
tes Constitution, Law, treaties made or which
shall be made under their Authority. To Contro-
versies the united states shall be A party too, be-
tween two or more states, A state and citizen, ci-
tizens of two different states, or citizens of a For-
eign state. To all cases effecting these in which
a state shall be A party.
6.) Congress passed Article VI, Sec1.) The united
States Constitution, and law of the u.s. which
shall be made in pursuance thereof; and all
treaties made or which shall be made under
the Authority of the united states. shall be
the Supreme Law of the Land. And the judge
in Every state shall be Bound thereby. Anything
the united States Constitution or Law of any St-
ate. The united States Senate, members of Legisla-
tive and Congress, all Executive judicial officers.
shall be Bound by oath & affirmation to support
the united states Constitution.
7.) Congress violated my Due process rights to be,
free of equal protection of the law and the 4th
Amendment which clearly provides. your Rights to
be Secure in person, house and papers to the Eff-
ect against unreasonable search and seizure. No
warrents shall be issued except upon Reasonable
cause, supported by probable cause or oath / Affirm-
ation.

The Aclu of washington D.C., Stewart bell, A. Co-
ckren, Adam Eidel, James Dzurenda, magistrate
judge Kathy Hardcastle, Human rights watch,
Just Detention International, Legal Aid Centers,
Lewisberg project, Southern Center for Human Ri-
ghts, Senator Harry Reid, mitch mc Connell, and
the Attorney General's office in Nevada and Flori-
da Pamela Bandy, Christopher baisden, Frank To-
bore II, Dennis Hough, AAron Ford.

8.) Are liable for a Recolected sequinse of Events
to Compulsuary and Complaicent, to cronalize
in any one series of Events. Causing a "Chain
Re-Action of Events" in a Dangerous Gang mem-
ber pattern from California to Nevada to the state
of Florida steeming as far back as my protection
Transfer 3|10|2017. In AFFixed Court Docket she-
ets, motions and Exibit's Appendiced, ___A___, ___A,___
___B___, ___B___ ___B___.

9.) By creating Federal rules like 8(a), General ru-
les of pleading. A.) claims for Relief. A pleading
that States A claim for relief must contain.
1. A short and plain statement of the Grounds for
relief, and statement of the claim showing the
pleader is entitled to relief.
2. In General. Each allegation must be simple, con-
cise, and direct, no technical Form is Required.
Alternative statements, Inconsistencys etc.
3. In responding to a pleading a party must: state in
short and plain terms it's deffenses to each claim
asserted against it; and
b.) an admit, or deny the allegations asserted agai-

nst it by an opposing party.
c.) Denials, responding to the substance: a de-
nial must fairly respond to the substance
of the Allegations.
d.) Alternative Statements of a claim, or Defe-
nse. A party may set out two or more Statem-
ents of A claim, or Defense. Alternatively,
or hypotheically eithier, In A single Cou-
nt, or Defense, or in A Seperate Defense.
e.) Inconsistent claims or Defenses. A party
may state as many Seperate claims or Deff-
ense as it has Regardless of consistency.
Construing Pleading must be Construed. So
as to do Justice.
10.) On Several Dates, I noticed the clerks office
was Engaged in Entrapment, and mrs. Debra Ken-
pi, and molley Dwyner, Then in miami district Co-
urt clerk Steve Larimore now Angla Nobles Offi-
ce, who has Just passed off and passed off pro-
blem after problem to each other clerk or next
Court clerk. Engaged in more Fraud, wreckless En-
dangerment and Hindering my ability's. To Effect-
ively Represent, Effectively research and litigate.
meritorous Legal ability's to Draft a 1983 compla-
int thoughly.
11.) Intentional or Pursuant to A Fashionable,
Excessive incomplete, uncognezable, Frivolous
"ShotGun" Complaint as outlined herein. Plainti-
ff Assertations are Though and Conclusive. That
officials with the clerks office together supported
by Document officials conspired to cause a Dangerous,
Frivolous Conspiracy. **Pg. 11**

12.) First, A complaint must allege 1.) A conspiracy 2.) To deprive any person or class of persons of the equal protection of the laws. 3.) an Act by one of the conspirators in furtherance of any right or privilege of a citizen of the united states.

13.) In order to state an Equal protection claim, a plaintiff must allege facts demonstrating the Defendants acted with the Intent and purpose to discriminate against him. Based upon membership in a protected class, or that Defendants purposefully treated him differently than similarly Situated Individuals. without any national basis for the disparate treatment.

14.) plaintiff alleges that he has been deprived meaningful access to the Courts by prison officials. OFFicials In the Directors oFFice and the law makers Bill bradley, mitch mc Connell, charles canady are hindering my ability to meaningful access to Legal ability's and Effective assistance of Counsel. By creating and passing laws, to lower leval cabnet members. Rick scott, brath Sandauol, James Dzuenda, S. millikenn, A. johns, Ricky Dixon. To create Dangerous and malicious loop holes in the prison system, Regulations and Court rules & regulations that are Ambigeous. Extreme and potentially Danger-

ous to Inmates. And are obstical in nature, malicious, and Supplemental to create Further legal Inability's or InEffectiveness to Legal and Constitutional Relief.

15.) please Bring your Attention to Appendice Exibit: _I, J_, Atta-ched InFormation and Instructions For Filing A petition For writ oF Habeas Corpus. It is Identical to the Instruction sheet provide-d to me. when I filed 1983 Civil Right case no. 3:16-ev-00143, and 3:16-ev-00276 Still pending on Appeal in San Francisco. please see Exibit page 2, line # _6_ . "IF you wish to have a file-stamped copy oF any Filed document returned to you" You must Furn-ish _one Additional copy_ of the document to the clerk with your filing."

16.) In Emergency Supplement many cases that were appealed, and Filed Attached as Exibit's, _A_ , _B_ , O.P, Q.R, case numbers # 2:18-ev-14005, 2:18-ev-14460, 2:19-ev-14033, 2:19-ev-14060 that are all DisMissed now. The Clerks OFFICE Mrs. Deb-ra Kumpi, Georgia Lloyd, and Steve Larimore. Along side High-er Cabnet oFFicials and the police Dept, F.B.I. Steve Rosen-baums oFFice the DeFendants, Stewart Bell, pam Busby, Renee baker, Howard Skolnik, james Dzrenda, or S.millikenn. planned Executed and intentionally Conspired to make and Force me to

Snitch and carry on. provide the Court During Emerg-
ency process "A Kangaroo" or "shotgun" plea. To untang-
able, malicious, or Frivolous to pursue by Court's Emergen-
cy Standard's.

17.) line# 6, on the Instruction sheet open the door and
provided the clerk Debra Kempi, The marshal's Offi-
ce Brandi Adam's, and other State Agency. Named
the F.B.I., or Police Dept., L.A.P.O., metropolitan police
Dept. unknown Investagators, police, or State Attorney-
's Office Pam Del porto, Dennis Hough, Frank Todd re, ch-
ristopher Baisden, and Ashley moody. A Golden opportu-
nity they needed to Essential" close in on the kill".
And Railroad, cause A Dangerous turn of events" A
Deadly chain Re-Action".

18.) please see the Rest of the Appendice Exibit's,
 G,  J,  K,  L,  m,  N. along with
Exibit's Attached  J, long, and short Example Form
Application and Complaint, violating my civil rights
blind sitting me two Different and Difficult forms.
Southern & Northern Applications to proceed in the Distri-
ct Court Exibit's  J,  K. And Example Form Not-
ice of Electronic Filer available for civil and criminal
cases. File information Exibit's  J, civil cover sheet
Form JS44, Instruction For Attorneys completing
civil cover sheets Exibit's  J  cover sheet and
Law Library provided Forms Exibit's  J, provi-
ded legal Forms 1983 civil rights complaint 19-
83 Forms Southern miami, and Northern District
Forms panama city Bch unincorporate Forms.

19.) Appendice Attached, __J__, __J__, __K__, __S__
___, __T__, __L__. Supreme Court of Nevada
attached Letter's dated 11,18,20 and 11,05,21. Exibi-
t's, __K__, __K__, From the office of the clerk in San
Francisco Debra Kempi Executive clerk, Discovery
documents. Request recieved "Instruction for Filing
a civil Rights Complaint, by An Incarcerated Indiv-
idual 42 usc 1983. And information for Filing an
Application to proceed In Form A Paupers by
an Inmate under Florida Statue 1915(b).

20.) The Supreme Court chief Justices  charles cara-
dy, Allen Lawson along with Law makers Bill bra-
dley, Senator Harry Reid, John Ensean have ma-
de a crusial Error in Judgment, permitting A
"subject matter Jurisdiction" alongside Court
rules and Regulations Hazardous 1983 Loop hole
in justice, over the Nature of the Case and type
of Relief sought to go unseen and unpunished!
b.) To, the Extent to which a Federal Court make-
s Rulings on Conduct of human being's, and Sta-
tus of Things.

21.) By Judgement on the Pleadings, And Judgem-
ent based solely on the allegations, and infor-
mation Contained in the pleadings, not on any
outside matters by rule 8(a), and 12(c) of
Summary of Judgment.

literacy Defined: Academic Competency below
A Grade point Average of the 9th grade highsch-
ol level. As measured by the Adult basic Education Test,
pg.15

provided in Rule 6a, 6.014 F.A.C.

22.) please Direct the Court's Attention to Appendice Exibit's, A, B, C, D, E, F. In the Exibit, which is too Complex, and Compelling to present in A one 25 page, 1983 Drafted civil Right's Complaint. And the Truth is multiple variously Drafted, Singular or Supplemental Complexity 1983 Complaint's. To Ambigeous, or Contrary to Field, in one single Erroneous, malicioused, Extreme, or variable arrangement of A 1983 Case.

Amounting to Exploytation, pressuring A witness, and Compulsive wreckless Endangerment. Comprised of multipled other charchter's and characteristic's. Real police oFFicer's L.A.P.O., miami P.O., or Tampa police Dept. or Following Suspects from Los Angelas County sheriff's dept., ATTorney General, or F.B.-I. internal aFFair's Federal officer's or state Attorney's Agency's. metropolitan police Department in Las Vegas, NV. 89110. or public Defender's oFFice 309 South Las vegas blvd #226 Las vegas, NV. 89155. Daren Brichard's, steward bell or my Judge District # 4, Kathy hardcastle Gil garrsetty, and District # 11, my primary Judge LEE Gates, Judge Bonavent-ure or Judge Sobel or Judge Janes moyham. Districts in Las vegas Nevada.

23.) Stemming During my Original Sentencing Dates: 8/23/99 or arrainment 4/14/98 in Northern Las vegas Courthouse.

I was Arrained on 1st Degree murder and Faced Capitol punishment the Death penalty Act, For Conspiracy to Committee First Degree murder "matricide" in Judge: LEE Gates Courtroom District # 11.

where he set aside my First Degree, to 2nd Second Degree murder. AnD I was Bound over too mrs. Kathy Hardcastle's, Courtroom district # 4. on Second Degree w/use ofA Deadly weapon on A Family member. using several Kitchen, Knives, which "In my own opinion was sucide" and my mom Trapped me From birth, and tryed to kill me more than once.

please see my Right's to 1657. priority of A civ-il Action is being violated by the Defendant's. And I'm being placed in harm's way by both States. my Appeal in San Francisco, involving Rights to Emegency Court venue Statue 1404, change of venue.

24.) The Law is Constitutional, and by Federal Stand-ard's 1657. go's onto state. A.) not-withsta-nding any other Provision of law, each Court in the United States. shall determine the or-der in which civil Actions are heard & deter-mined.

By Federal and State Standard's these law's are Hindering, and maliciousing my Emerge-ncy and Court circumstances. And Effecti

teng and hindering my Legal Abilitys. In order for me to Effectivly Represent myself pro-se in A Court of law. the law's need to be Looked at, and changed. So the DeFendants mark inch, A. John's & J. Adams, Justine patterson are not allowed to Assert there Rights any hurt anybody else. In a Court of law, court procedure, police Dept, correctional Dept D.O.C., or Through there Attorney's Ashley moody, christopher baisden, Dennis Hough, Gregory zunino States Attorney General's oFFice

25.) the DeFendant's are Real police oFFice's christopher stagg, Joshua bissell, matthew Burkstrom, Aaron Ford, Frank toddvee, pam Del porto, mrs. Kelly belinger, warden Dwayne neal, mrs. Jimenez, mrs. Barrett, James Cox, E.F. mc Daniels. The list go's on and on and on Howard skolnic and Howard byrnes, Adam Erdel all the way back. To the day I was Transported to prison from C.C.D.C. 8/23/99 my Sentencing date w/ kathy Hardcastle, and EX=public DeFender Daren b Richard's, and stewart bell my prosecutor.

who Intentianally knew and placed me in Deadly Harm's way fueling "A chain Re-Action" And Deathly, malicious connected Event's. which they Relied on mandates and Jurisdictional Experiance's, Legal background and knowledge. Experiance Through multiple Dealing w/ Gang members, and maFia type Suspects.

Trapping, stalking and Following, pressuring me, For information, Knowledge and Defense's of a old school yard, and High school best Friend chris Perez. A murder case, or multipled Gang Execution-'s of First Degree murder w/ use of a Deadly weapon "A High power Rifle". First Degree Death penalty case, where my Dad and mom were involved my original charges, and murder of my mom, marilyn Sue Davis, on 4/14/98 #98C1515-25X at our home in Las vegas, NV. Kathy hardcasttle & Judge LEE gates Courtroom District #4 .

26.) F.R.C.P. 12 States in Defense, and objection's, when and how presented, motion's for Judgement on the pleading's. Consolidating motion's, and waiving pretrial hearing's is being blocked Ententsional.

1.) In General, unless another time is specif-ied this rule, or a Federal Statue the time for Serving A responseve pleading is as Follows.

2) How to Effectively Present a Defense: Every defense to A claim for relief, in any plea-ding. Must be asserted in the representing Responsive plead. if one is Required Except as A party or party's may assert the Following Defense by motion.

P9.19



1.) lack of Subject matter Jurisdiction

2.) lack of personnel Jurisdiction

3.) improper venue

4.) insufficient Process

5.) insufficient Service of Process

6.) Failure to State A claim upon which relief may be granted; and

7.) Failure to Join A party, or party's under Rule 19.

d.) Result of presenting matters outside the pleading's, if on A motion under Rule 12(b)(6), or 12(c), motion for Judgement on the pleading's. matters outside the pleading's are treated as one for Summary of Judgement, under Rule 56. All parties must be given A reasonable opportunity to present, All the material that is pertinent to the motion; or

E.) motion for A more Definite Statement; A party may move to Definite Statement of a pleading. To which a Responsive pleading is allowed. But which is so Vague, or Ambigous that the party, or parties

Cannot reasonably prepare A response. The
motion must be made before Filing, A responsi-
ve pleading. And must point out the defect's
complained of and the detail's desired.

27.) my Right's to Due process are being violated by
the Defendants named in the Complaint. In sever
al way's, and by allowing the Legislature to viol-
ate my Right's. To priority access statue 16-
57. and my right to 1391 courts venue.
b.) State statue 20.315 clearly Focus on and
explain's:
Legislative intent A.) The Department of Correction-
's Focuses it's attention on the Removal of Barri-
er's. That can Prevent inmates from successfully
returning to society, while Supervising A incarc-
erated offender at A level of security Commonst-
rated, with the Danger they present to the public,
the purpose of D.O.C. is to protect the Public,
Through the incarceration, Supervision, and
Rehabilitation of offender's, through an App-
lication of work, program's and services.

c.) Secretary of Correction's is the Head of
the department of Correction's, and is the Se-
cretary of Correction's. Appointed by Govern-
or Rick Scott or Ronald DeSantis, the subject
of confirmation of the united States Sena-
te and Legislature.

Pg. 21

The Secretary's office Julie Jones and Ricky Dixon is Responsable for planning, co-ordinating, managing the correctional sys-tem of each State. the Secretary Ricky Dixon shall ensure that programs, and ser-vices of the Department, and Administered. I Dentify the need for and recommend Fi-ndings for Effecientcy and Security.

28.) The Purpose of D.O.C.: IS to protect the public through the incarceration and Supervision of offenders, and to Rehabilitate offenders through incarceration and Supervision. And to protect Society by providing incarceration that will Support the Intentions of estab-lished Criminal Law.

b.) To work in participation with local communities to Further efforts towards crime prevent-ion, To provide a Safe & Humane environment for offenders, staff in which rehabilitation is possable. This should include the protect-ion of the offender From certain victimiza-tion with-in the institution. Then Development of A system of Due-process where ever App-licable.

29.) As proof and Existing states Evidence for your Honorable Court, Judge Kent wetrella and micheal Frank, The plaintiff moves to In-troduce Appendice Exibit's Attached, pg.31, pg.34, 1-8, 1-2, and Grievance master Log attached still

pg. 22

pending and current also pending current stol-
en Stacked, hidden and Responded to, or Denied.
Lyed and Covered up hurrassment, and Hindered my
ability to Further Legal Deadlines. AnD Emergen-
cy Grievance Procedures, Emergency Tallaha-
ssee Relief and Correct housing classifficat-
ion and Supervision.

30.) Inmate Exibit's, L , L , Luis Alvarez
Almodovar oc# DS7650 ___ Dated: 11/17/16, and
11/11/19, and 8/16/22 PREA STANDARD 115.92 Title:
Norman pickel oc# 672895 ___ . In other mul-
tiple Exibit's Attached Inmates Sworn Declarat
ions oF Law and Testamony personnelly Draft-
ed Exibit's and proof letters. Derek Poole#
133058 ___, Dated: 8/25/18, Dallas Roberts#___
H43509 ___, Dated: 2/18/19, Jody Nelson # 40-
5304 ___, Dated: 9/11/18, Jimmy Earl Davis
# 212933 ___, Dated: 5/12/20, Earl Nelson mi-
ller # H52135 ___, Dated: 4/28/22, Anthony W
Johnson # 251-200437 . Next Exibit char/cter
letter prime Example Inmate Journal Log.
T-baby letters AFFixed and Letters attached
From Lake michigan Falls, Grand Rapids michi-
gan Cross Roads bible study Course Dated:
11/01/20 threw 8/18/22. And Cross Roads ty-
ped Exibits: 11/10/22 Signed by mentors and
CLI prison Alliance Exibits Dated: 2/10/21
Southern Carolina International bible mini-
stry's Exibit's: N , N , N , Certificate
of Achievements attached Exibit, N , Great
Truths of the bible Lesson # 5 , # 381502 ,
and 488126 Exibits, N , N .

Attached Bible study status, Requests
For ReSources, New Bible CrossRoads, LEs-
sson ID Number's ONLIN Dear student
s and chepel Services Inmate ReQuest's
DC6-236 Dated: 9/24/19 thren 6/12/22,
and Grievance Attached ** 463-2107-0206, Dated
: 8/07/21 signed by chaplin Alba Diaz, stamp
ed 7/09/21, chaplin King Dated: 6/12/22 not
answered, signed or Dated.

31.) GEneral library Exibit Appendice Attach-
ed: N , N , and Grievance Appendice atta-
ched, 463-2107-0349 , Dated: 8/09/21 signed
Edge Combs dated: 8/06/21, Dade c.I. and over
Due Library Books Log signed mrs Souder's Col-
umbia c.I. Dated: 8/08/19, and 8/16/19 over
Due Library Books. STAr Trek New Frontier:
Above the God's and Broken wing's Date D: 7/
04/19 and 8/07/19 Author & titled V.C. Andr-
ew's, David Peters, J. R. Tolken or sidney sh-
eldon books.

32.) Rule 5-7 pro-se civil right's cases and
Collateral attack on criminal Conviction.
The STAndard, IF A claim assets a 42 u.s.
c. 1983 under the united states Constitution
or as A statue creating Individual right's
under the 1964 civil Right's Act, the Court

need not- and ordinarily will not Consider
a petition, motion or 1983 civil rights Com-
plaint, that is not Filed on Proper Form or
Legable.

33.) Requirement's to set out clains, and Fact's
as part of the Form. petition, memorandum
optional. A petition, motion, or 1983 civil
right's complaint described in Section (A),
must Set out specific claims, and Support
Fact's. And may not be Refervanced to A
memorandum of law. the Complaint togeth-
er with any memorandum of law. may not
Exceed 25 pages, unless the Court Au-
thorizes it!

34.) Department of Correction's Kenneth
Sumpter, mark inch or Justine Patterson are
Liable for the Following in Part, Statue 20.-
315 STATE of Florida Reads Goals of the
Department is to protect, and properly Super-
vise offender's. And to Rehabilitate throu-
gh the Application of work, programs, and
Services. To work in participation with
Local Communities. to Further effort
toward's crime pre-vention. To provide
a Safe and Humane Environment for Employ-
ees and offender's. In which Rehabilitation
is possable this should include, the prot-
                Pg. 25

+ection of offender's from certain victimiz-

ection of offender's from certain victimiz-
ation. With-in the Institution, and to deve-
lope a system of Due Process where ever
Applicable.

35.) The Department Head of D.O.C. is the Se-
cretary of state Appointed by The Governor's
office Ronald DeSantis, the Secretary and
Directors office mark inch, A. Johns, J.
Adams, mc. manus are responsable For D.
O.C. Inmates. The planning, cordinating,
and management of the Department each and
every Day in every State across America. Ev-
ery Secretary shall ensure that programs, Se-
rvices are being Administrated Safely. then
are to Identify any need for and recomme-
nd Finding's of efficiency or Security.

36.) one of the Department goal is Focus
Attention on the removal of Barriors that Co-
uld prevent any Inmate from sucessful ret-
um to Society. while supervising, and incar-
cerating offender's at a Level of Security,
commensurated with the level of Danger
they present to the public.

37.) please see BarBour, 471 F.3d at 1225-12-
26, and District Lexis 2010 U.S. App. Lexis 27.
Nev. R. App. P. 3(d)(2), and Im Graham VS. Va-
nn, 394 So.2d 180 (Fla. 1st DCA 1981), F.S.

pg. 26

20.315 District LEXiS: 19512 Court rule 33-208.
.002(24), F.A.C. see. making A Demand Flori-
da Department oF Corrections protect your
Person and Property? CranFord argue's th-
at he SuFFered an actual injury, in Conn-
ection with his motion to vacate, and with
the deFiciency Notice he recieved in the Di-
Stric LEXiS.

Because of the deficiency he lacked Access to
the rules citing's in these notices. Because t-
he deficiency notice provides the exact cita-
tion's to the relevant rule, cranfords Exibi-
t's demonstrated that he Could have Reque-
Sted. The Full text of these rules, throu-
gh the FDC's Inter-department Library
loan System, Pursuant to Procedure 33-
501.301(6). (c), he did'nt explain why he
suFFered prejudice, as A result the Asser-
tians regarding the Deficiency did'nt all-
ege acual injury. Jufficient to Support an
Access to the Court claim

38.) In Graham vs. Vann, Each and Every Emplo-
yee has the Responsability to protect and SaFe-
gaurd inmates and inmates personnel property.
The 1st DCA hold's that the inmate's in D.O.C. ha-
ve a clear Legal right to be Free From victim-
ization by other inmates. The Dept holds an
Equal clear Duty to provide Such incarcerati-
on. This includes the Right to be Free From

Pg. 27

physcal abuse as well by staff or adminst-
ration F.S. 20.315 F.A.C. clearly states the
Same and is Quoted by Graham. Using a In-
mate DC6-303 you can File a Emergency gr-
ievance to Central office. And it creates a
paper trail in the Event harm Comes to you
or your way.

39) I Demand Justice and Equal opportunity in
this Courtroom. my Federal gaurenteed righ-
t's are being violated and challenged Daily. In
two Districts San Francisco and panama city bch.
On 10/03/22 Judge Kent wetherall and magi-
strate micheal Frank. prejudiced and Error-
ed Dismissing my 1983 civil rights claim cs#
5:22-CV-00098 Filed: 8/25/21, Frivolous and Fa-
ilureto prosecute in Exibit, ___A___, A .

40.) Im being Trapped, and presscured, Exployted
and beat up by police and Correctional offic-
er's, Head Gang members main Shot callers. A-
ssailaint's laid out a Laundry list of Assault-
's and physcal battery's on Audio & video. Bruta-
lity and Kidnapping, held hostage against my
will. In Dirty, hot, Extreme, and poorly li-
ght Confinment Dorms. In A Pancake display
of hatred and Compounding Rage, officer Dis-
cuss and Revenge. where Im ignored, stolen
From, threatened and my property is being
witheld. And Im Keeped from properly being
able to properly Set Forth a Clear Legal

P.g. 28

claim 25 page Complaint by Federal Stand-
ard's Rule 8(a), short and concise claim up-
on which Relief can be granted. Clear State-
ment of Facts and the Grounds relyed on
For a Court to show the pleader is entitled
to the relief sought by law.

41) Rule 33-501.301 (3), generally Law Library
access, (f) inmates who must meet Deadlin-
es imposed by Florida law, Court rule and Court
order. shall be given priority in the use of the
Law Library, or related Services priority acc-
ess. Priority Access defined: Is the act of
providing inmates with exceptional access to
the Law Library Collection, Law clerks, co-
pying Service, or Inter library loan Services.

42.) In Reference to Paragraph (3),(4)(5), and
(6), Congressmen mitch mc Connell, Bill brad-
ley, Ronald Desantis or Annett a hill. Along-
side the Court clerks office Debra kempi, mo-
lley Dwyaner, Steve Carimone Intentional spring-
ng a Trap and Tricked, Fooled me. About state
Empossed Forms Long and short Forms cap-
tion type Filed Appendice Exibits, ___ J___,
___ J___, and electronic Filer Pacer, ___ J___ Cou-
rt rules. Intentionally piled high as much as
Cognizably as Could be 1983 complaints.

43.) Then by way of Law Enforcement, correct-
ional officer and Attorney Generals office, wa-
rdens Johnbolt, warden hennhg, Renee baker,

warden Goddard and mcmanus stood in my way to cause a Deadly chain Re-Action and Harm to me, as to take the law in their own hand's and Justify inmates. In Retaliation to get them Killed or me, maliciously intensifying then dictating and pressuring ADministrative and Emergency Court overdrawn proceeding's. by Rules and Regulation's, decieved and hindered my legal ability's. Subjecting law Enforcement to illude the Court's rules in Several 1983 emergency Complaints, outlined, then Attached as Exibit's, A-I, J-N, O,P, Q,R. Several Failed attempt's to File a worthy claim of, Starting A 1983 claim upon which relief could be granted, meritorious. In Failure to Follow Court rule 8(d), which states provide a short d concise Statement of Fact's to which relief can be Granted.

44.) congress Errored in judgment, and passing Court rules, law making. when Allowing A Dangerous spider, Loop hole maneuver in Combination with. A Deadly hole, Trap to block and hinder my Legal ability's and venue the PLRA 1997(e)(d), In Emergency Active on-going. Deadly legal Disputes to Extreme and Ambigeous to state in a Single 1983 complaint.

45.) Im requesting the Court to Re-open a cumpulsoary, Articulate, and Dangerous 1983 complaint 5:22-cv-00098. And A worthy opportunity to present inquist into my circumstances. pg.30

## VII.    <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.    <u>PRIOR LITIGATION</u>

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*



The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997 (e)(a). Requires that "no Action shall be brought with respect to prison Conditions" under Section 1983, of this title or any other Federal law. By a prisoner Confined in any jail, prison, or other Correctional Facility. until such Administrative remedies that are available are Exhausted.

Administrative Remedies, Also Known as The Grievance proceedure. your case may be dismissed if you have not exhausted your admin-remedys.

A.) Did your claim(s) arise while you were confined in a jail, prison, or other Correctional Facility.

☑ yes

☐ no

if yes, name the Jail, prison, or other Correctional Facility where you were Confined at the time of the events given rise to your claim(s).

C.F.R.C. Orlando, martin C.I., Columbia C.I., charlottee C.I., Dade C.I.

B.) Does the Jail, prison, or other Correctional Facility Where your Claim(s), arose have a Grievance process.

☑ yes      ☐ Do not Know

☐ no

C.) Does the Grievance process at the Jail, prison, or other Correctional facility where your claim(s), arose Cover some or all of your claims.

☑ yes      ☐ Do not Know

☐ NO

IF yes, which claim(s). All attached listed.

D.) Did you file a grievance in the jail, prison, or other Correctional Facility where your claim(s), arose concerning the facts relating to the Complaint.

☑ yes

☐ No

IF No, did you file a grievance about the events described in this Complaint at any other jail, prison, or other Correctional facility.

☐ yes

☐ No

E.) IF you did File a Grievance.

1. where did you file the Grievance?
At Each Facility I've been housed, as Far back as my Arrival at C.F.r.c., martin, charlotte etc.

2. what did you Claim in your grievance?
Civil Rights violations, on-going Retaliation and abuse, prejudice, Neglect and diliberate indiffenance contrary to State Laws of FloridA.

3. what was the result, if any? Lyed, The grievance process is not to be used to ask Questions, Seek information, Guidance or Assistance.
Accident report was written and forwarded to A.G.

4. what steps, i F any did you take to Appeal the decision. Is the grievance process completed? If not, explain why not (Describe the highest level completed). completed all 3 Step's, always stolen, Denied, Tricked or Laughed at by Staff, Threatened my rights or Blocked, held longer than max time Frames.

<u>Pg. 33</u>

E) IF you did file A grievance
1.) where did you file the Grievance?
Every Facility I've been housed since my Transf
er to the state of Florida on P.M protective mgn.
C.F.R.C, Martin c.I., Columbia c.I., Charlottee
c.I., Dade c.I., washington main, A.c.I.
2) what did you claim in your grievances? grie-
vance's attached and on-going grievance logs.
civil liberty violations, Abuse, neglect, battery,
and Theft, prejudiceness contrary to Florida law.
3.) what was the result, if any? your Grievance
in not an Emergency per ch.33-103.014., In
-mate did not provide a valid reason for by-pa-
ssing the previous level of review as required,
or the reason provided is not acceptable. Th-
is evaluation is made on a Case by case bases.
4.) What steps, if any, did you take to Appeal that
decision? Is the grievance process Completed? If
not, explain why not. (Describe all efforts to App-
eal to the highest level of the grievance process.) All
3 Levels of the grievance system in both Neva-
da & Florida were Completed. All staff Retaliata-
ted intentionally, Denied, Drawn prejudiced,
used to Kill inmates, blocked access to Cou-
rts.
Each and Every facility prejudiced every grievan-
ce level, Ambigeous, ignored, Abusive, Theft, u-
sed as Entrapment. used as a Deadly weapon
against inmates?

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States

have been violated. Be specific. If more than one claim is asserted, number each

separate claim and relate it to the facts alleged in Section IV. If more than one

Defendant is named, indicate which claim is presented against which Defendant.

1st Amendment            11th Amendment

4th Amendment            14th Amendment

5th Amendment

8th Amendment

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal

arguments or cite to cases/ statutes. If requesting money damages *(either*

*actual or punitive damages)*, include the amount sought and explain the basis

for the claims.

A claim Presented in A Second or Successive 42
U.S.C. 1983 Application that was not presented
on A prior Application, May be Re-Itterrated when
the Application, Applicant shows that the claim

Relies on A New Rule of Constitutional L-aw, made REtro-Active to case's on Collateral review. OR the Factual predicate for the cl-aim Could not have been Discovered previou-sly. Through the Exercise of Due Diligence, or the Fact's underlying the claim's. IF pro-ven and reviewed in Light of the Evidence as a whole. Would be Suffient to Establish by clear and convincing. Evidence but by Constitu-tional Error, No Reasanable Fact Finder. would have Found the Application "Failure to State A claim upon which Relief can be Granted.
I Demand Justice on Lack of Jurisdiction pro-secution in my Case, and ask the maximum pe-nalty. By State Law be enforced, the teams of officer's violated my Federal Constitutional Rig-ht's to illegal Search and Seizure. And Self protec-tion of ones personell Safety & Security. OF pers-onal property and Legal paper's unresponsably?
I Demand Constitutional reinburstment, and Co-mpensation, and Right to jury Trial. I ask your honor to Re-open my Case# 5:22-cv-00098 TKW and GrAnd, Find in my Corner Justice in my Settlem-ent punitive and monetary Damage's. To my Favor, All legal Cost's incurred, Legal Fee's, ATTorney Fe-e's, Court Fee's and Actual Debt, pain liens, Legal Co-pyies, or Legal supply's Actual Damage's and injury, prison time or Confinment time compansation.
150, 000 Thousand Dollars.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

□ YES   □ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: __3-16-16__   Case #: __3:16-cv- 000143__

   Court: __Federal District Court__

   Reason: __On Appeal__

2. Date: __6-01-20__   Case #: __20-17045 Bybee__

   Court: __9th circuit Court of Appeals__

   Reason: __Blocked Access to Emergency Court__

3. Date: __1-05-18__   Case #: __2:18-cv- 14005__

   Court: __Federal District Court__

   Reason: __Emergency Injunction, Death Threats__

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

□ YES □ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: **2:18-CV-14033** Parties: **Ai ZK Scott , John Holt**

   Court: **District Court** Judge: **Lisettee Reid**

   Date Filed: **7-01-19** Dismissal Date (*if not pending*): **10-11-19**

   Reason: **Failure to State A claim upon which relief can be granted.**

2. Case #: **2:19-CV-14460** Parties: _____

   Court: **District Court** Judge: **Patrizk white , Robin rosebaum**

   Date Filed: **1-07-18** Dismissal Date (*if not pending*): **6-01-19**

   Reason: **Failure to State A claim upon which Reli-et can be granted.**
   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☑ YES  □ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: *2:19-cv-14060* Parties: *Ronald Desantis, A Johns*

   Court: *District Court* Judge: *Robin Rosenberg*

   Date Filed: *2-20-19* Dismissal Date (*if not pending*): *7-13-19*

   Reason: *Failure to Comply with A Court order*

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

*(Attach additional pages as necessary to list all cases.)*

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there
   is any change to my mailing address and that my failure to do so may result
   in a dismissal of the action.

Date: 6-19-23 Plaintiff's Signature: _Dario Micheal Rodriguez_

Printed Name of Plaintiff: _Dario Micheal Rodriguez_

Correctional Institution: _10650 S.W. 46th Street_

Address: _Jasper, Fl. 32052_


I certify and declare, under penalty of perjury, that this complaint was
(*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in
the prison's mail system for mailing on the _19th_ day of _jun_, 20_23_.

Signature of Incarcerated Plaintiff: _Dario Rodriguez_

LEGAL MAIL

Dario Rodriguez
FC11435   Dorm: G2-2011
Hamilton C.I.
11650 S.W. 46th Street
Jasper, Fl. 32052

Federal District Court
Court clerk: Jessica Lyablonovi
100 N. PALAFox Street
PENSACOLA, Fl. 32052

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

ZIP 32083
02  4W
0000379961 JUN 20
$ 003